IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PASCAL GEDEON, *Plaintiff* | : : : |
| v. | : : CIVIL ACTION NO. 22-CV-3595 |
| THE ATTORNEY GENERAL, *et al.*, *Defendants* | : : : |

### ORDER

AND NOW, this 10th day of November 2022, upon consideration of Plaintiff Pascal Gedeon's Motion for Recusal (Doc. No. 11), it is hereby **ORDERED** that the Motion (Doc. No. 11) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER, J.