IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PASCAL GEDEON, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE ATTORNEY GENERAL *et al.*, | : | NO. 22-3595 |
| *Defendants* | : | |

### ORDER

AND NOW, this 22nd day of August 2023, upon consideration of Plaintiff Pascal Gedeon's Motion for Recusal (Doc. No. 35), it is hereby **ORDERED** that the Motion (Doc. No. 35) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE